**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
          chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Melania Siarot**, | No. 2:20-cv-01208-GMS |
| Plaintiffs, | |
| v. | **STATUS REPORT** |
| **Stapley Wings LLC,** et al., | |
| Defendants. | |

Pursuant to the Court's July 16, 2020 Order (Doc. 10), Plaintiff provides this status report to notify the Court that the parties have been in reached an agreement to settle this matter, and that a notice of dismissal with prejudice will be forthcoming within 21 days.

RESPECTFULLY SUBMITTED the 20th Day of July, 2020.

                                                BENDAU & BENDAU PLLC

                                                /s/ *Clifford P. Bendau, II*
                                                Clifford P. Bendau, II
                                                Attorney for Plaintiff